# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DEMARIO TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-CV-274 HEA |
| ) | |
| NORTH COUNTY POLICE ) | |
| COOPERATIVE, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER OF DISMISSAL**

This matter is before the Court on review of the file. On October 8, 2024, the Court issued an Order directing Plaintiff Demario Taylor to serve Defendant Marcellis Blackwell and file proof of such service by November 7, 2024. (ECF No. 45). The Order specifically provided that "[f]ailure to comply with Rule 4(m) and this Order will result in the dismissal without prejudice of the claims against Defendant Marcellis Blackwell." (Id.) Plaintiff moved for additional time to obtain service of process on Defendant Marcellis Blackwell, and the Court granted Plaintiff until January 5, 2025 to file proof of service. (ECF No. 66). The record does not now reflect proof of proper service on Defendant Marcellis Blackwell.

**IT IS HEREBY ORDERED** that Plaintiff Demario Taylor's claims against Defendant Marcellis Blackwell are **DISMISSED** without prejudice.

Dated this 13th day of January, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE